McGILL ET AL. *v.* RYALS, SHERIFF, ET AL.

No. 381, Misc.   Decided October 17, 1966.

*Vernon Z. Crawford, Morton Stavis, William M. Kunstler, Arthur Kinoy* and *Benjamin E. Smith* for appellants.

*Truman Hobbs* for appellees.

PER CURIAM.

The appeal is dismissed for want of jurisdiction because the case was not appropriate for a three-judge court.

MR. JUSTICE DOUGLAS is of the opinion that a three-judge court was properly convened and would affirm the judgment of the lower court.